IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

KIMBERLY L. GILDEA,

                Defendant.

**4:16CR3005**

**ORDER**

IT IS ORDERED:

1)    Defendant's motion to review detention, (Filing No. 104), is granted.

2)    Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Everett Oxford House in Lincoln, Nebraska and participate in treatment at Choices. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Everett Oxford House facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    The defendant shall arrive at Everett Oxford House by 10:00 a.m. on July 27, 2023. Defendant shall be released from the Lancaster County jail at 8:00 a.m. on July 27, 2023, for timely arrival at the Everett Oxford House.

July 24, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge